# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

ERIC ANTHONY MILLER,

        Petitioner,

v.

THOMAS WINN,

        Respondent.

Case No. 14-14551
Hon. Terrence G. Berg

## ORDER DENYING PETITIONER'S MOTION TO PROCEED IN FORMA PAUPERIS ON APPEAL (Dkt. 16) AND TRANSFERRING REQUEST TO THE UNITED STATES COURT OF APPEALS FOR THE SIXTH CIRCUIT

Petitioner has filed a motion to proceed in forma pauperis on appeal from this Court's denial of his habeas petition. The Court previously denied a certificate of appealability and leave to proceed in forma pauperis on appeal. Dkt. 13. Accordingly, the Court shall construe Petitioner's current motion as a request for reconsideration. *See, e.g., Jackson v. Crosby*, 437 F.3d 1290, 1294 n. 5 (11th Cir. 2006); *Lyons v. Lafler*, No. 2:10-CV-11386, 2013 WL 812083, at *1 (E.D. Mich. Mar. 5, 2013). The Court finds no reason to reconsider its prior decision. A motion for reconsideration that presents issues already ruled upon by the Court, either expressly or by reasonable implication, will not be granted. *Hence v. Smith*, 49 F.

1

Supp. 2d 547, 550 (E.D. Mich. 1999); *Czajkowski v. Tindall & Assoc., P.C.*, 967 F. Supp. 951, 952 (E.D. Mich. 1997). Such is the case here. Petitioner fails to meet his burden of showing a palpable defect by which the Court has been misled or his burden of showing that a different disposition must result from a correction thereof as required by Local Rule 7.1(h)(3). The Court therefore denies Petitioner's motion to proceed in forma pauperis on appeal.

When a district court denies a certificate of appealability and denies leave to proceed in forma pauperis on appeal, the proper procedure is for the habeas petitioner to file a motion for a certificate of appealability and/or an application for leave to proceed in forma pauperis on appeal with the appellate court. *See Sims v. United States*, 244 F.3d 509 (6th Cir. 2011) (citing Fed. R. App. P. 22(b)(1)).[1] The Court will transfer Petitioner's motion to proceed in forma pauperis on appeal to the United States Court of Appeals for the Sixth Circuit.

**SO ORDERED.**

s/Terrence G. Berg
TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE

Dated: August 21, 2018

---

[1] Petitioner filed a notice of appeal at the time he filed the instant application.

## Certificate of Service

I hereby certify that this Order was electronically filed, and the parties and/or counsel of record were served on August 21, 2018.

s/A. Chubb<br>
Case Manager